John C. Kinney, Respondent, v. Patrick Ryan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Peoples Surety Company of New York, Respondent, v. I. A. Hodge & Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William S. Sussman, Respondent, v. Pittsburgh Life and Trust Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted as stated in order. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Famobrosis Society, Appellant, v. Royal Benefit Society, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hudson Navigation Company, Appellant, v. Eben E. Olcott, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that a temporary injunction at this time is not necessary; the question as to the right of the defendant to the exclusive use of the pier to be reserved until the trial. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Joseph L. Weber for an Order Canceling and Discharging of Record a Judgment Entered in the Action of The People of the State of New York, Respondent, v. Joseph L. Weber, Appellant. (Appeal No. 3.)— Order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Hirschfield, Appellant, v. Keith & Proctor Amusement Company, Respondent.—Order reversed, motion granted and complaint dismissed unless plaintiff pays costs of the former action within thirty days from the date of service of the order of this court on her; in which case the motion will be denied, with ten dollars costs. No costs of this appeal. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kathryne Browne Decker, Respondent, v. Henry Edwin Decker, Appellant.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philip Klang, Respondent, v. Isaac Presser and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles E. Freet, Doing Business as the Fyricide Manufacturing Company, Respondent, v. The Standard Scale and Supply Company, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.